STEVEN KALAR
Federal Public Defender
DANIEL P. BLANK
Senior Litigator
450 Golden Gate Avenue
San Francisco, California  94102
Telephone:   (415) 436-7700
Facsimile:    (415) 436-7706
Email:          Daniel_Blank@fd.org

Counsel for Defendant VARGAS-VALLE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | **Case No.:** CR 19-0386 RS |
| Plaintiff, | **SENTENCING MEMORANDUM** |
| v. | **Court:**  Hon. Richard Seeborg |
| LUIS FERNANDO VARGAS-VALLE, | **Date:**   November 12, 2019 |
| Defendant. | **Time:**   2:30 p.m. |

**INTRODUCTION**

Defendant Luis Fernando Vargas-Valle, who first came to the United States from Honduras shortly after his father died nearly 30 years ago, has demonstrated extraordinary acceptance of responsibility for his offense of selling $21 worth of crack cocaine to an undercover police officer and respectfully requests that the Court vary downward under the factors of 18 U.S.C. § 3553(a) from the U.S. Sentencing Guideline range of 8 to 14 months and impose upon him a sentence of time served (effectively 4 months imprisonment).

**BACKGROUND**

Luis Fernando Vargas-Valle was born on April 26, 1974, and grew up with several older siblings in "very poor conditions" in a village in rural Honduras. *See* PSR ¶¶ 33-34. Mr. Vargas-Valle and the rest of his eleven-person immediate family lived in a small adobe home with two rooms and a kitchen. *See id.* ¶ 34. After attending school through the third grade, Mr. Vargas-Valle began working full-time in the fields growing corn, beans and rice at age 12. *Id.* ¶ 34.

Mr. Vargas-Valle's father died in 1989. *See id.* ¶ 35. Prior to that date, some of Mr. Vargas-Valle's older siblings left the village to seek work in the capital city of Tegucigalpa. However, from the late 1980's, Tegucigalpa started to become one of the most violent cities in the world. *See, e.g.,* Central America Refugee Crisis, UNITED NATIONS REFUGEE AGENCY (available at https://www.unrefugees.org/emergencies/central-america). As explained by Mr. Vargas-Valle, Honduras was turning into a country "plagued by gangs and violence." PSR ¶ 35. Accordingly, Mr. Vargas-Valle decided to make the dangerous journey north in hopes of finding employment.

First in Mexico and then in the United States, Mr. Vargas-Valle was able to find employment doing roofing and other construction work. *See id.* ¶ 42.[1] This steady employment allowed Mr. Vargas-Valle to lead a generally law-abiding life, financially

---

[1] As worded, the PSR can mistakenly be read to suggest that Mr. Vargas-Valle's work history in the United States was limited to the three months prior to his arrest in this case. *See* PSR ¶ 42. In fact, Mr. Vargas-Valle has been here in the United States since the 1990's. *See, e.g., id.* ¶ 23.

supporting his wife and children back in Honduras.  *Id.* ¶ 36.  Specifically, in the decades since he first left Honduras, Mr. Vargas-Valle, now 45 years old, has only suffered two prior criminal convictions, both of which were non-violent:  a hand-to-hand drug sale in 1997 at age 23; and illegal reentry after deportation in 2002 at age 28.  *Id.* ¶¶ 23-24.

Unfortunately, during an uncharacteristic lull in his otherwise gainful employment, Mr. Vargas-Valle was caught up in the recent dragnet sweep of the Tenderloin for selling $21 worth of crack cocaine to an undercover police officer on July 23, 2019.  PSR ¶ 6.  Upon making his initial appearance on August 21, 2019, on federal charges associated with this arrest, Mr. Vargas-Valle immediately accepted full responsibility for his offense, even waiving his right to an indictment and instead permitting the government to proceed with a felony charge in an information.  *See* Docket ##1-4.  The following week, Mr. Vargas-Valle pleaded guilty before this Court pursuant to an agreement with the government.  *See* Docket #5.

**ARGUMENT**

Mr. Vargas-Valle agrees with the calculation of the U.S. Probation Officer that the applicable U.S. Sentencing Guideline range is 8 to 14 months, based upon Offense Level 10 and Criminal History Category II, in Zone B of the Sentencing Table.  As noted in the Presentence Report, "[s]ince the applicable guideline range is in Zone B of the Sentencing Table, the Court may impose probation with a condition or combination of conditions requiring intermittent confinement, community confinement, or home detention."  PSR ¶ 52.  However, as Mr. Vargas-Valle does not have permission to be in this country, despite having first emigrated here shortly after his father died nearly 30 years ago, he is not eligible for any of those preferable alternatives to imprisonment expressly recognized in the guidelines.

Instead, under the factors of 18 U.S.C. § 3553(a), Mr. Vargas-Valle respectfully requests that the Court vary downward from the low end of the advisory guideline range to a sentence of "time served" (effectively four months imprisonment) due to his extraordinary acceptance of responsibility, both in terms of his waiver of indictment and early guilty plea, as well as due to the difficult conditions in Honduras which led Mr. Vargas-Valle to seek employment here in the United States.

1          As set forth in the Background section above, Mr. Vargas-Valle first came to the United
2   States from Honduras, and has continued to do so, because the gang violence there has
3   eliminated any realistic opportunity of gainful employment, apart from working in the fields.
4   Although this fact does not excuse Mr. Vargas-Valle's criminal conduct, it does provide an
5   important perspective, especially when considering the role in creating those violent conditions
6   in Honduras played by the same federal government prosecuting him here.
7          Honduras is a dangerous and violent country with one of the highest murder rates in the
8   world. *See* Honduras 2018 Crime & Safety Report, OVERSEAS SECURITY ADVISORY
9   COUNCIL (available at https://www.osac.gov/Pages/ContentReportDetails.aspx?cid =23798)
10  [hereinafter 2018 Crime & Safety Report]; *see also* Gangs in Honduras, INSIGHT CRIME
11  (available at https://www.insightcrime.org/images/PDFs/2015/HondurasGangs.pdf)
12  [hereinafter Gangs in Honduras] at 1 ("In 2014, Honduras was considered the most violent
13  nation in the world that was not at war."). Tegucigalpa, the capital of Honduras, and San Pedro
14  Sula, the country's economic center, are two of the ten most dangerous cities in the world.
15  Central America Refugee Crisis, UNITED NATIONS REFUGEE AGENCY (available at
16  https://www.unrefugees.org/emergencies/central-america/); *see also* Gangs in Honduras at 1.
17  According to the 2017 State Department Human Rights Report, violence in Honduras includes
18  "murder, extortion, kidnapping, torture, human trafficking, intimidation, and other threats . . . ."
19  Country Report of Human Rights Practices for 2017, Honduras, U.S. DEP'T OF STATE,
20  BUREAU OF DEMOCRACY, HUMAN RIGHTS AND LABOR (available at
21  https://www.state.gov/documents/organization/277585.pdf) at 1.
22         Although there are many reasons for the high crime and murder rates, political
23  instability and gang activity have contributed to the violence for decades. In the 1980's, the
24  United States used Honduras to base American soldiers as they fought against the Nicaraguan
25  government. *Id.* Neighboring countries Guatemala and El Salvador, also endured internal wars
26  that left the countries unstable. *Id.* Because many were left unemployed and weapons were
27  readily available, criminal groups began to form throughout Central America. *Id.* According
28  to the Wilson Center, crime generally goes unreported because of corruption, weak law

enforcement, and active criminal groups.  *See* Cristina Eguizábal et al., Crime and Violence in Central America's Northern Triangle, WILSON CTR RPT. ON AMERICAS (available at https://www.wilsoncenter.org/sites/default/files/FINAL%20PDF_CARSI%20REPORT_0.pdf [hereinafter Crime and Violence] at 1-2.  In 2009, a military coup ousted Honduras President Zelaya making Honduras the first Central American country to undergo a coup in nearly two decades, and in 2017, the most recent Honduran presidential election came under question as many organizations noticed irregularities with the results.  *See* Central America's Violent Northern Triangle; *see also* Honduras: Guarantee Credibility of Elections, Protect Free Expression, HUMAN RIGHTS WATCH (Dec. 2017) (available at https://www.hrw.org/news/2017/12/11/honduras-guarantee-credibility-elections-protect-free-expression).  Because of the instability and unrest within Honduras, the United States has issued warnings cautioning travel there since 2012.  *See* 2018 Crime & Safety Report.  These travel warnings are indicative of the safety concerns in the country and why many are fleeing in hopes of creating more sustainable lives.

      Gang violence is also responsible for the violence throughout Honduras.  Since the 1990's, the United States has played a significant role in Honduran gang culture.  *See* Gangs in Honduras at 1.  Mara Salvatrucha (MS-13), the 18th Street gang (M-18), and Barrio 18, three gangs that originated in Los Angeles, are now three of the most prevalent gangs in the country.  *See* Clare Ribando Seelke, Gangs in Central America, CONG. RES. SER., 3 (Aug. 29, 2016) (available at https://fas.org/sgp/crs/row/RL34112.pdf); *see also* Gangs in Honduras at 1.  These gangs expanded into Honduras after the United States passed legislation in 1996 that led to the deportation of many undocumented immigrants with criminal records.  *See* Gangs in Honduras at 1.  Although sources vary as to how many gang members are currently active, estimates range between 5,000 to 36,000 members.  *Id.* at 7.  These U.S.-based gangs, along with local gangs, use extortion and violence to control territories and comminutes.  *See* Crime and Violence at 1-2; *see also* Rocio Cara Labrador & Danielle Renwick, Central America's Violent Northern Triangle, COUNCIL ON FOREIGN REL. (June 26, 2018) (available at https://www.cfr.org/backgrounder/central-americas-violent-northern-triangle) [hereinafter

4

1  Central America's Violent Northern Triangle].  As a result, life in Honduras is tenuous, and
2  violence is a primary reason why many people like Mr. Vargas-Valle must flee the country in
3  order to find a life where they can be safe and find economic opportunity.  *See* Central
4  America's Violent Northern Triangle.

5      Despite these dangers in the country to which he will certainly be deported following
6  the resolution of the instant case, Mr. Vargas-Valle has demonstrated extraordinary acceptance
7  of responsibility.  As none of the preferable alternatives to imprisonment expressly recognized
8  by the U.S. Sentencing Guidelines based upon the Zone B guideline range here are available
9  for Mr. Vargas-Valle, the Court should instead vary downward under the factors of § 3553(a)
10  to a term of imprisonment of "time served."

**CONCLUSION**

12      For the aforementioned reasons, the Court should sentence Mr. Vargas-Valle to a term
13  of imprisonment of "time served," effectively four months imprisonment.

Respectfully submitted,

Dated:   November 5, 2019         STEVEN KALAR
                                   Federal Public Defender
                                   Northern District of California

                                         /S
                                   DANIEL P. BLANK
                                   Assistant Federal Public Defender